In the Matter of TERRACE COURT, LLC, Appellant, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL, Respondent. ROBERT KATEL et al., Intervenors-Respondents.

Submitted September 6, 2011; decided October 20, 2011

Motion to strike exhibits A1-A9 to appellant's reply brief denied.